IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

YOUSRY RIZK,

      Appellant,

                                    Case No. 5D22-1122

v.                                      LT Case No. 2020-CC-001467


EDWARD SANDLER AND SILVIA LONDONO,

      Appellees.
_____/

Decision filed December 13, 2022

Appeal from the County Court
for Seminole County,
Debra Krause, Judge.

Yousry Rizk, Maitland, pro se.

Brian J. Moran, Christopher R.
Parkinson and Correy B. Karbiener,
of Moran Kidd Lyons Johnson
Garcia, P.A, Orlando, for Appellees.

PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., WALLIS and EISNAUGLE, JJ., concur.